Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Corinne Chandler, State Bar. No. 111423
E-mail: corinne@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
James Fidler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FIDLER,<br><br>     Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>     Defendant. | CASE NO.: 5:23-cv-1724<br><br>**COMPLAINT (ERISA)** |

Plaintiff, James Fidler, herein sets forth the allegations of his Complaint against Defendant Unum Life Insurance Company of America ("Unum").

PRELIMINARY ALLEGATIONS

1. This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan.

1   Plaintiff seeks relief, including but not limited to, payment of the correct amount of benefits due
2   under his plan, prejudgment and post-judgment interest, reinstatement to the benefit plan at issue
3   herein, and attorneys' fees and costs.

4       2.  Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C.
5   § 1132(e)(2), because Plaintiff resides in this district, the breaches alleged occurred in this District,
6   and the ERISA-governed plan at issue was administered in part in this District. Venue is also
7   proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions
8   giving rise to Plaintiff's claims occurred within this District.

9       3.  Plaintiff was employed by Community Hospital of the Monterey Peninsula ("CHOMP") as
10  a Physical Therapist. Plaintiff resides in Monterey County, State of California. Plaintiff became
11  disabled by a medical condition and unable to perform his occupation starting February 2, 2015.
12  At the time of his disability, Plaintiff was a participant, as defined by ERISA § 3(7), 29 U.S.C. §
13  1002(7), in a health and welfare benefit plan sponsored by CHOMP ("the Plan"), which provided,
14  among other benefits, long term disability ("LTD") benefits. The plan's coverage of LTD benefits
15  is insured and administered by Unum, under policy number 417559.

16      4.  Unum is a licensed insurance firm headquartered in the State of Tennessee. It is a
17  subsidiary of Unum Group. Unum offers group LTD policies in various states, including
18  California. Unum is authorized to transact business in the Northern District of California and may
19  be found in the Northern District of California.

20      5.  Intradistrict Assignment – Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this
21  matter should be assigned to the San Jose division since a substantial part of the events or
22  omissions which give rise to this action occurred primarily in Monterey County. Plaintiff also
23  consents to assignment to either the San Francisco or Oakland divisions.

### FIRST CLAIM FOR RELIEF
### (29 U.S.C. § 1132(a)(1)(B))
### Long-Term Disability Benefits

27      6.  Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

7. Plaintiff filed a claim for LTD benefits with Unum based on his disability. Unum assigned claim number 11402838. Unum approved Plaintiff's LTD claim and began paying his benefits.

8. By letter dated April 15, 2020, Unum determined that Plaintiff was no longer disabled and that he could perform the duties of a Security Officer. Unum closed Plaintiff's claim effective April 16, 2020.

9. On September 28, 2020, Plaintiff timely appealed the termination of his LTD benefits on the basis that he suffers from ongoing physical conditions that render him disabled under the terms of the Plan. Specifically, Plaintiff demonstrated that he met the following Plan definition of disability:

> After benefits have been paid for 24 months of disability you are totally disabled when, as a result of sickness or injury, you are not able to engage with reasonable continuity in any occupation in which you could reasonably be expected to perform satisfactorily in light of your age, education, training, experience, station in life, and physical and mental capacity.

10. By letter dated November 3, 2020, Unum upheld the termination of Plaintiff's LTD benefits.

11. Plaintiff has been, and continues to be, disabled and entitled to LTD benefits.

12. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

13. By terminating Plaintiff's LTD benefits, Unum has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

14. Unum policy number 417559 is governed by the laws of the State of California, is subject to Cal. Ins. Code § 10110.6, and there is no discretionary language in the policy. Thus, the Court's review of Unum's decision will be de novo.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Unum as follows:

1. Payment of LTD benefits due to Plaintiff;

2. An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5. Such other and further relief as this Court deems just and proper.

DATED: April 10, 2023         ROBERTS DISABILITY LAW, P.C.

                              By:   /s/ Michelle L. Roberts
                                    Michelle L. Roberts
                                    Attorneys for Plaintiff,
                                    James Fidler