Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Jonathan H. Semerjian (Bar No. 346217)
jsemerjian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
660 South Figueroa Street, Suite 1980
Los Angeles, California 90017
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FIDLER, | Case No. 3:23-cv-01724-TLT |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Judge:   Hon. Trina L. Thompson |
| Defendant. | FAC Filed:  May 11, 2023<br>Trial:         March 18, 2024 |

IT IS HEREBY STIPULATED, by and between plaintiff JAMES FIDLER and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq*. of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and costs.

The parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

///
///
///
///

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  October 2, 2023

Michelle L. Roberts
Corinne Chandler
ROBERTS DISABILITY LAW, P.C.


By:  /s/ Michelle L. Roberts
Michelle L. Roberts
Attorneys for Plaintiff
JAMES FIDLER


Dated:  October 2, 2023

Nicole Y. Blohm
Jonathan H. Semerjian
MESERVE, MUMPER & HUGHES LLP


By:  /s/ Nicole Y. Blohm
Nicole Y. Blohm
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA


**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

180874.1

2

Case No.  3:23-cv-01724-TLT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 5, 2023

Hon. Trina L. Thompson
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180874.1

3

Case No. 3:23-cv-01724-TLT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER